IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-494-4D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER TO SEAL** |
| SANGEETA DENISE NICHOLSON | |

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the motion, filed at Docket Entry 110 be sealed, except that filed, stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina and counsel for the Defendant.

IT IS SO ORDERED, this **23** day of **June**, 2020.

JAMES C. DEVER, III
United States District Judge