UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-494-4D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| SANGEETA DENISE NICHOLSON, | ) |
| Defendant. | ) |

## ORDER

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Motion to Continue Sentencing (D.E. 105) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

This the **23** day of **June**, 2020.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE