# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Sangeeta Denise Nicholson**　　　　　　　　　　　　　　　　**Docket No. 5:19-CR-494-4D**

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sangeeta Denise Nicholson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C § 846, 21 U.S.C § 841(b)(1)(C), and 21 U.S.C § 841(a)(1), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on September 11, 2020, to the custody of the Bureau of Prisons for a term of 15 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Sangeeta Denise Nicholson was released from custody on February 23, 2021, at which time the term of supervised release commenced.

On March 9, 2021, a violation report was submitted due to the defendant providing a urinalysis test which was confirmed positive for marijuana. She was allowed to remain on supervision with no further court action at that time. In addition, she was referred for a substance abuse assessment and placed in the surprise urinalysis program.

On June 6, 2022, a violation report was submitted as a result of the defendant providing a urinalysis test which was confirmed positive for cocaine. She was allowed to remain on supervision with no further court action at that time. In addition, she was referred for a follow up substance abuse treatment session to determine if further treatment was necessary. The defendant completed this follow up session with no further treatment recommended.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 22, 2022, the defendant provided a urinalysis test which was confirmed positive for cocaine on July 28, 2022. The defendant has denied any use of illegal substances. It is recommended the defendant be ordered to participate in a cognitive behavioral program to address criminal thinking patterns. In addition, she will be referred back to substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Sangeeta Denise Nicholson
Docket No. 5:19-CR-494-4D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 9196104087
Executed On: July 29, 2022

## ORDER OF THE COURT

Considered and ordered this __8__ day of __August__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge